UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacqueline Vanderwarker,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Bill Me Later, Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 1:14-CV-0207 (DNH/CFH)<br><br>**COMPLAINT** |

　　　　For this Complaint, the Plaintiff, Jacqueline Vanderwarker, by undersigned counsel, states as follows:

## **JURISDICTION**

　　　　1.　　This action arises out of the Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

　　　　2.　　Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## **PARTIES**

　　　　3.　　The Plaintiff, Jacqueline Vanderwarker ("Plaintiff"), is an adult individual residing in Fort Ann, New York, and is a "person" as defined by 47 U.S.C. § 153(39).

　　　　4.　　Defendant Bill Me Later, Inc. ("BML"), is a Maryland business entity with an address of 351 West Camden Street, Baltimore, Maryland 21201, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5.     In or around November 2013, BML began placing calls to Plaintiff's cellular telephone number.

6.     At all times mentioned herein, BML placed calls to Plaintiff's cellular telephone number using an automatic telephone dialing system ("ATDS") and/or by using an artificial or prerecorded voice.

7.     When Plaintiff answered calls from BML she heard a recording instructing Plaintiff to hold the line for a representative.

8.     Sometime in December 2013, Plaintiff spoke to a live representative of BML and requested that BML cease placing calls to her cellular phone.

9.     None the less, BML continued to place dozens of calls to Plaintiff's cellular telephone knowing that it no longer had permission to do so.

10.    The telephone number called by BML was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

11.    The calls from BML to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et seq.*

12.    The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13.    Without Plaintiff's consent the Defendant contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

14. Defendant placed calls to Plaintiff's cellular telephone using prerecorded voice knowing that it lacked consent to call her number. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

16. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully prays that judgment be awarded in the Plaintiff's favor and against the Defendant as follows:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

3. Against the named Defendant, awarding the Plaintiff punitive damages in such amount as is found appropriate; and

4. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: February 27, 2014

        Respectfully submitted,

        By   */s/ Sergei Lemberg*

        Sergei Lemberg (SL 6331)
        LEMBERG LAW L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        Attorneys for Plaintiff