UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacqueline Vanderwarker, | : <br> : <br> : |
| Plaintiff, | : Civil Action No.: 1:14-cv-00207-DNH-CFH <br> : <br> : |
| v. | : <br> : |
| Bill Me Later, Inc.; and DOES 1-10, inclusive, | : <br> : |
| Defendant. | : <br> : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Jacqueline Vanderwarker ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 16, 2014

                                                                                                                 Respectfully submitted,

                                                                                                                  By: /s/ Sergei Lemberg

                                                                                                                  Sergei Lemberg (SL 6331)
                                                                                                                  Lemberg Law L.L.C.
                                                                                                                  1100 Summer Street, 3rd Floor
                                                                                                                  Stamford, CT 06905
                                                                                                                   Telephone: (203) 653-2250
                                                                                                                  Facsimile: (203) 653-3424
                                                                                                                  Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 16, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

        By /s/ Sergei Lemberg

         Sergei Lemberg