UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Jacqueline Vanderwarker,

                    Plaintiff,

v.

Bill Me Later, Inc.; and DOES 1-10, inclusive,

                    Defendant.

Civil Action No.: 1:14-cv-00207-DNH-CFH

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Jacqueline Vanderwarker ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 16, 2014

Respectfully submitted,

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated:
4/17/14    Utica, NY

By: /s/ Sergei Lemberg
_____

Sergei Lemberg (SL 6331)
Lemberg Law L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs